UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| AMY HUTCHINS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHAWN HUFF, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00036<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On August 23, 2022, Defendant Tri County Electric Membership Corporation filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 11.) Under Local Rule 7.01(a)(3), any response in opposition must be filed within fourteen days of service of the motion. M.D. Tenn. R. 7.01(a)(3) (response). An optional reply may be filed within seven days of service of a response. M.D. Tenn. R. 7.01(a)(4) (reply).

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge